UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X     23-CV-5962 (RER)(SIL)
DANIA HARRIS a/k/a DANIA PLATT,

                                   Plaintiff,     **NOTICE OF MOTION**

- against -

THE COUNTY OF NASSAU, NASSAU COUNTY P.O.
THOMAS GOODRICH, NASSAU COUNTY P.O.
MATTHEW MEYER, and NASSAU COUNTY POLICE
DETECTIVE RYAN PRICE,
                                   Defendants.
-----------------------------------------------------------------X

       PLEASE TAKE NOTICE that upon the declaration of Victoria LaGreca, dated January 13, 2025, County Defendants' Memorandum of Law, dated January 13, 2025, Plaintiff's Memorandum of Law dated March 12, 2025, County Defendants' Memorandum of Law in Reply dated April 1, 2025, and upon all other pleadings and proceedings heretofore had therein, County Defendants the County of Nassau, Nassau County P.O. Thomas Goodrich, Nassau County P.O. Matthew Meyer, and Nassau County Police Detective Ryan Price, will move this Court, at a date and time to be determined by the Court, for an order granting County Defendants' Summary Judgment motion, pursuant to Federal Rule of Civil Procedure 56, and for such other and further relief as this Court deems just and proper.

**DATED:**     Mineola, New York
               April 1, 2025

Respectfully,

THOMAS A. ADAMS
COUNTY ATTORNEY

*Victoria LaGreca*
_____
Victoria LaGreca
Deputy County Attorney
*Attorney for County Defendants*
Office of the County Attorney
1 West Street
Mineola, New York 11501
516-571-5775

**TO:**

Duane Blackman, Esq.
*Attorney for Plaintiff*
Sivin, Miller & Roche, LLP
20 Vesey Street Suite 1400
New York, New York, 10007
212-349-0300